# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CRAIG S. FUCE, SR.,                                CASE NO.:

    Plaintiff,

vs.

MAYOR LENNY CURRY,
SHERIFF MIKE WILLIAMS,
And ARMOR CORRECTIONAL
HEALTH CARE, INC.,

    Defendant.
_____/

## NOTICE OF REMOVAL

    Pursuant to 28 U.S.C. §§ 1441-1449 and Rule 4.02 of the Local Rules of the United States District Court for the Middle District of Florida, Defendants, Mayor Lenny Curry and Sheriff Mike Williams, file this Notice of Removal, and states:

    1.    On March 21, 2022, the above-styled action was commenced in the Circuit Court for the Fourth Judicial Circuit, Duval County, Florida, (Case No.: 16-2022-CA-001566, Division CV-G), and is now pending in that court.

    2.    On March 23, 2022, Sheriff Mike Williams, Defendant was served with the Summons and Complaint, constituting his first receipt of the initial pleading in this action.

3. On March 25, 2022, Mayor Lenny Curry was served with the Summons and Complaint, constituting his first receipt of the initial pleading in this action.

4. As of this date, Defendant, Armor Correctional Health Care, Inc. has not been served with the Summons and Complaint.

5. Plaintiff alleges deliberate indifference to his serious medical needs in violation of his Eight Amendment constitutional rights, the adjudication of which depends on the application of federal law.

6. This Court has original jurisdiction over this claim under the provisions of 28 U.S.C. § 1331. The action is therefore removable in its entirety under 28 U.S.C. § 1441(a) and (c).

7. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02(b), a true and legible copy of the complete state court file is submitted herewith as Exhibit "A."

8. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within thirty (30) days after service of summons on Defendants.

9. Because this action is pending in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, venue for removal is proper in this Court pursuant to 28 U.S.C. §§ 1391(b), 1441(a) and Middle District of Florida Local Rules 1.02(b)(1) and 4.02(a).

10. Pursuant to 28 U.S.C. § 1446(d), Defendants, Mayor Lenny Curry and Sheriff Mike Williams, are serving this Notice of Removal on the adverse party and filing a copy of this Notice of Removal with the Clerk of the Fourth Judicial Circuit, Duval County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as Exhibit "B."

**WHEREFORE**, Defendants, Mayor Lenny Curry and Sheriff Mike Williams, respectfully request that the action now pending in the Fourth Judicial Circuit, Duval County, Florida, be removed to this Court.

**DATED: APRIL 15, 2022**

Respectfully submitted,

**OFFICE OF GENERAL COUNSEL
CITY OF JACKSONVILLE**

*/s/* Leigh F. Rosenbloom
**LEIGH F. ROSENBLOOM, ESQ**.
Assistant General Counsel
Florida Bar No.: 84622
Rosenbloom@coj.net
Cfarrell@coj.net
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
904-255-5048; 904-255-5120 (fax)
**Attorney for Defendants, Mayor Lenny Curry and Sheriff Mike Williams**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 15, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: Craig S. Fuce, Sr., 1946 West 45th Street, Jacksonville, Florida 32209.

/*s*/ Leigh F. Rosenbloom

**LEIGH F. ROSENBLOOM, ESQ.**