Make (4) Copy of This Page

COPY

In The Fourth Judicial Circuit Court, In And For "Duval" County Florida.

Case No: 2022-CA-1566
To Be Assigned

Craig S. Fuce Sr    Jail # 2021021746
　　Plaintiff,
　　　vs
1st Lenny Curry, (Mayor)/ or
2nd Mike William (Sheriff) of
Duval County Jail Pre-Trial
Detention Facility And JOHN(OR)
3rd ~~June Doe~~ Armor Correctional Health Care, Inc

　　Defendant's

Tort Claim For Personal Injury
Pursuant To Fl Stat, 768.28 (6) (A)

(A) This Circuit Court Have Jurisdiction Over Subject Matter Pursuant To:

(B) This Tort Claim Exceeds The Amount of 15,000.00 Jurisdiction of County Court.

(C) This is a Tort Claim For A Total Amount of — $70,000.00 For Each Claim stated Here-in Claim #1 & #2

1

At $35,000 Each Totaling $70,000.00.

(1)
Claim #1: On Oct 14, 2021 at Approx. 11:30 (AM) Up On Being Escorted back from Courthouse By Jail Deputy Officer in a Van with Both leg shackled Together with a Chain about 3ft long Connected to Hand Cuff on my (L) Arm, And Walking With (2) Cruches under my Arms to walk. As I, Was being Unloaded from the back of the Van with the Step down Step Put down By officer who Transported me To and from Jail, "fail to help plaintiff off the van safely".

A). As I, was trying to come off the Back of the Back door of The Transport Van As I, Reached The 2nd set of steps Coming off The Van with leg's shackled and (L) Hand with A Crush to walk with to help me walk, Then I, flipped Off The steps the chain got caught Some how or was to Short. I was Walking with (2) Cruches (one) under each Arm Griped in my Hand to walk with. I, was given No Assistants to Aid me when trying to get on/off The Van with (2) Cruches. It Was a Black female Transporting Officer. When I, landed a Couple Police Officer Jail Officers Came Running to Help me, And Ask Was I, OK? I responded No I'm not OK? My Legs and (L) Risk is hurting from the Shackles/Cuffs, And my Buttox is hurting.

2) Approx. 2 wk's There After the fall from the Back of The Van I was findlly called to Medical After I, Repeatedly, Complained to Medical of The Clinic.

(2)

A) I, was seen and Examined By Nurse Henwad (RN) For the 1ST time For the fall on 11/2nd/21 at Sick Call. (R.N.), Ms. Henwad at this time. She asked Had I, Had An (X-RAY) on The Day of The Incident? I, Responded (No). She said, I, see they lied By saying (X-RAY) Was Done, But there is no Evidence of Any (X-RAY) Was ever Completed.

B) There After (R.N.), Ms. Henwad about 2-3 wk's After 1st Seeing Her at Sick Call I, was called at To M-2 Clinic for an X-RAY. And The (X-RAY) showed (Spinal stenosis), L4-5 Bulging Disk.

C) I, WAS never given an (M.R.I.) or (CAT Scan). And I'm Yet Suffering Sever sharp Pain in my lower Back as I, Walk each step as my feet touch The floor a Sharp Pain Shoots from my tail up my Back spine and Down my (R) Leg.

3) And, The Only Medical Mediating Treating. I'm given is Tylenol and Musocal Relaxer for The Continue Chronic Pain Suffered Daily. ~~both~~.

:(Relief Sought)

1.) Defendant's Acted with Gross, Carless and Reckless Diregard, To my Safety, Health and Well Being and was Acting through there (Female) officer who was Transporting Me from Jail to Court/Back to Jail and was Acting For The Sheriff/Mayor of The City of Jacksonville, Fla. In-

(BAd Faith), Defendant's Violated Plaintiff (FUCE) Constitutional Safe Guard Right under Fla. ART. 9th/17 Also, 8/14 of US Const.

(3)

4

Defendant, Mayor (Curry), (Sheriff) owed Plaintiff The **Duty** To Ensure his Safety/Well Being and To Be free from all Danger/Gross Reckless Negligence Such As the Incident Accurred on October 14th/2021. Which was The Direct result ~~and~~ *and* Cause of Plaintiff's Fall/Nelect By Defendant's Agency as Trasport officer of Inmates from Jail to and From Court for Defendant's Defendants are Charged with the Duty of Care/Safety of all Inmates Under Custody, Care/Control. (let the Record Reflect)(Agent fail to ~~hold~~ *assist* him from *falling*) Defendant's Curry/Williams, Are Both Liable To Plaintiff, for This Injury Suffered as a Direct Result of Defendant's Reckless, Careless Disregard/Nelgence. Both Curry/Williams are liable to Plantiff in Claim #1 for a Total of $35,000 Jointly/Severally.

2). Defendant, Armor Correctional Health Care, Provider for Both Defendant Curry/Williams is liable To Plantiff for Gross Negligence/Reckless Disregard in failing to Provide Adequate and **L**oyal, Honest Health Care Employee's who would not fabricated. Care Provided when in fact it was never Provided such An X-RAY, Defendant owed Plaintiff this Duty but fail And is liable to Plaintiff for Danger in the Amount of $35,000.

5

"Fell Out The Bunk Due To Officer Monrow" Pulling The Towel Inmates Had Hanging off The Top Bunk #57 They Used to Hide The Plug.

<u>Claim 11th</u> On 12/5th/2021 at Approx. 10:30 (Pm) While Plaintiff was Asleep in His Bunk Bed #58 In LL-1-1.

I, had taken my High-Blood Pressure Med's and <u>Tylenol, Muscle Relaxer</u>. About 9:40 (Pm) I, had fell Asleep, Prior to Officer Coming to my Bed to check The light Socket, Where Inmates Had Been Using, To light their Cigarett or Whatever They be Smoking. Which they had Blowed The Fuse to The light Before.

2). When Officer, Monrow, Came to my Bed I, was Asleep Facing the Wall.

When Officer, Snatched The Towel off The Top Bunk Bed, It Caught The Plug and Fire Sparked all in my Face, Blinging me. I, could not see, It Scared me. I, Jumped Back for Getting I, was in my Bunk about 2"ft ½ wide. I, Jumped back to far Falling from my Bunk to The Floor Approx. 2"ft. On my Back with my Buttock on my Back.

3). I, was Bling from The fire Sparking in my eyes/face, Hollowing out Aloud,

4). A officer, Monroe/officer, Scott, Came and help me up off The Floor ...

A). Officer, Monroe, took me to Medical in a wheel chair.

5). Upon Arrival to M2 Medical Clinic at P.D.F. Jail. I, was Seen By A White Nurse (Jane Doe). She to my Vitel Signs, Gave me Pain Pill to take right then, and let me set There for a few min's after That Officer, Monrow, Brought me back in The wheel chair to my Dorm LL-1-1 And then moved me from my Bunk #58 to Bunk #22 Bottom Bunk Bed.

6). There has been No further follow up Done By Medical Staff's of "Armor Correctional Health Services Inc., And Plaintiff had sent in Approx (5) Different Sick call Requests about sharp Pain Since the incident fall, And yet No Follow up has been done, And Pain has became Worse Than Before this fall.

A). I, Can't Set on my (R) hip Buttock for it's _at times_ hurt to Bad Right in the Center of my (R) cheek and Down my (R) Leg.

B). It seem's as medical staff's for Defendant, (Armor Correctional Health Services Provider Hired through Contract By Defendants Williams (Sheriff) or Defendant Curry (Mayor) To Provide Health Care to their Inmates Kept

In there Care, Custody / Control As the Law Requires of Defendant's Sheriff / or Mayor, Also Defendant Armor, who was Acting for The Sheriff / or Mayor As Fare As

7

Providing Adequately Medical Care Needed to Inmates in (Defendant's) Care here at P.D.F. at Medical Dept. And To Prevent or Provide Relief from Unnecessary long Pain-Suffering when Relief are Avalable.

7). Defendant's Armor. Health Care Provider Employes are Acting with Reckless Negligence and Disregard to his Repeatley Request for the need of Help Relief from This Continus Pain Suffered Daily.

A). Defendant's, through their Medical staff who Act's a "filter" for Defendant's & Intentional, Defendant's Conduct makes out The Claim for Cruel and Unusual Punishment Due to The Unnessary and Wanton Infliction of Pain which are forbidden by The 8th Amendment and Artic 17 of The Fl: Const. See Estelle V. Gamble, 429 US. 97, 104, 50 L. ED. 2d 251, 97 S. CT. 285 (1976). Also See Rhodes V. Chapman 452 U.S. 337, 347, 69 L ED. 2d. 59 101 S. CT 2392 (981) And Bell V. Wolfish, 441 U.S. 520, 535, 77 L, 60 LED 2d 447, 99 S. CT 1861 (1979)

7

## "(Relief Requested)"

Plaintiff Request This Honorable Court To ⟶ "Grant Relief Sought" Against Defendant's Curry, Williams / or Armor, for Causing Plaintiff to Continue Suffering Unnecessary Wanton Pain inflicted upon Plaintiff.

A). To find Defendant, Williams / Curry Carried out By Officer (Monroe) who was Acting as a filter for Defendants with Gross Reckless disregard for the Safety of Plaintiff well Being when snatching the towel off The Top Bunk without Waking Plaintiff, up first to (Exit) The Bunk Bed Prior. To snatching The Towel off The Top Bed hinging down over The Side to Cover The light Plug Siched.

B). Plaintiff, Seeks in Damages The Amount of $35,000.00 Severly / Jointley from Defendant's for injury suffered.

2). Plaintiff, Request $35,000 from Defendant: Armor Health Health Care for it's Agent Acting as A filter for Armor Health Care, As a Means to Save cost and Limit Health Care / Treament Plaintiff needed, Causing Plaintiff, To suffer Unnecessary Physical Pain, And Acting with Cruel and Unusual Punishment in Violation of Both Artical 17 of Fla. Const. And 8th Amendment of U.S. Const.

9

To, Issue Relief in Accordance with Estelle v Gamble Finding See 429 U.S. 97, 104, 50 L.Ed 2d 251, 97 S. Ct. 285 (1976) and Rhodes v Chapman (Supra) and Estelle. (Supra) at 105, 50 L.Ed 2d 251. 97 S.Ct. 285.

Respectfully Submitted
/s/ Craig Fuce    /s/ Craig Fuce #2021021746
(Plaintiff's Signature)

"Affirmation"
I, Do Here By Declare Under The (Penalty) of Perjury Pursuant To Fla. Stat. s. 92.525 (2) That the fact Stated Here in This Complaint is true/Correct to The Best of my Knowledge at This time
/s/ Craig Fuce    /s/ Craig Fuce
(Affiant's Signature)

"Certificate of Service"
I Declare that a true/Correct Copy of this Complaint has been placed into The Hand of P.D.F. Jail Mailing Officer. To mail a Copy To: Clerk of Circuit Court. 501 W Adam Street Jax, Fl 32202, (Mayor) Lenny Curry at City Hall 117 W. Duval Street. Suit #425 Jax, Fl 32202 (Sheriff) Mike Williams at 501 Jax, Fl. 32202 E. Bay St. Jax, Fl 32202 And Armor Correctional Health Services, Inc. at 4960 S.W 72-400, Miami, Fl 33155 On This 14 DAY of Feb 2022.

Respectfully
/s/ Craig Fuce #2021021746
(Plaintiff's Signature)
/s/ Craig Fuce

Craig Fuce  3/22/22

My Release Date March 15, 2022
2nd Address Home
1946 West 45th Street
Jax, Fla 32209

11